O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO POLANCO,<br><br>           Petitioner,<br><br>   vs.<br><br>G.D. LEWIS, WARDEN,<br><br>           Respondent. | CASE NO. CV 12-06564 PA (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RICARDO POLANCO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 9, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE